# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thelma Jean Francis<br>                         Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns<br>                         Movant<br>    vs.<br><br>Thelma Jean Francis<br>                         Debtor<br><br>William C. Miller Esq.<br>                         Trustee | CHAPTER 13<br><br><br><br>NO. 17-12423 ELF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about March 13, 2019 (Document No. 57).

                                                           Respectfully submitted,

                                                           **/s/ Rebecca A. Solarz, Esquire**
                                                            Rebecca A. Solarz, Esquire
                                                            Kevin G. McDonald, Esquire
                                                           KML Law Group, P.C.
                                                           BNY Mellon Independence Center
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA  19106
                                                           215-627-1322

May 2, 2019