| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>Thelma Jean Francis | Case Number:<br>2:2017-bk-12423 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1. **Account Number: 4237  UCID: WFCMGE1712423PAE47174237** | | ___ Check this box if the account number has changed. |
| 2. **Court Claim Number: 3** | | |

3. **Signature:**

   **Check the appropriate box.**
   X   I am the creditor.
   ___ I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)
   ___ I am the trustee, or the debtor.
   ___ I am a guarantor, surety, endorser, or other codebtor.

   By: ___/s/ Karen Sue Branas___           Date: __01/14/2022__
       VP Loan Documentation

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CASE NO.:  17-12423

**Thelma Jean Francis**  CHAPTER:  13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 14, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*    *By U.S. Postal Service First Class Mail Postage Prepaid:*

Thelma Jean Francis
712 Main Street
Darby, PA 19023

*Debtor's Attorney:*    *By CM / ECF Filing:*

ERIK B. JENSEN
Jensen Bagnato, PC
1500 Walnut St.
Suite 1510
Philadelphia, PA 19102

*Trustee:*    *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)