## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

In Re:  Thelma Jean Francis

Chapter: 13

Case No: 17-12423-mdc

Debtor(s)

---

## AMENDED ORDER

AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

AND, the Debtor(s) has/have not filed the required statement and/or certifications,

AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, without the entry of an order of discharge**.

For The Court

4/21/2023

Magdeline D. Coleman,
Chief Judge, United States Bankruptcy Court

*This order amends order at doc.#80 on bankruptcy case docket

Form 225