UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Thelma Jean Francis                                                    Case No: 17−12423−mdc

    Debtor(s)

_____

NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 5/8/23

For The Court

Timothy B. McGrath
Clerk of Court

84
Form 206