United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-12423-mdc

Thelma Jean Francis  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: May 08, 2023      Form ID: 206      Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thelma Jean Francis, 712 Main Street, Darby, PA 19023-2517 |
| 13896227 | + | Erik B. Jensen P.C., 1528 Walnut Street, Suite 1401, Philadelphia, PA 19102-3610 |
| 14639168 | + | Legacy Mortgage Asset Trust 2021-GS3, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14250651 | + | Rushmore Loan Management Services, c/o Kevin G McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13896229 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14571135 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14571274 | | Wells Fargo Bank, NA, c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 130 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 08 2023 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 08 2023 23:43:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 13896224 | + | Email/Text: EBNProcessing@afni.com | May 08 2023 23:43:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 13896225 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2023 23:43:48 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13928322 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2023 23:43:59 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13896226 | + | Email/PDF: creditonebknotifications@resurgent.com | May 08 2023 23:44:00 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13927154 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 23:54:52 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 13931796 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 23:44:10 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14036168 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 23:44:00 | LVNV Funding, LLC its successors and assigns as, PO Box 10587, Greenville, SC 29603-0587 |
| 14625254 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 08 2023 23:43:00 | Legacy Mortgage Asset Trust 2021-GS3, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt |

Case 17-12423-mdc  Doc 85  Filed 05/10/23  Entered 05/11/23 00:30:52  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: 206 | Total Noticed: 26 |

| Recip ID | Bypass/Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Lake City, UT 84165-0250 |
| 14638903 | ^ MEBN | May 08 2023 23:39:32 | Legacy Mortgage Asset Trust 2021-GS3, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13931911 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2023 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13896228 | + Email/Text: flyersprod.inbound@axisai.com | May 08 2023 23:43:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 13932763 | + Email/PDF: ebn_ais@aisinfo.com | May 08 2023 23:44:09 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14522384 | + Email/Text: bkteam@selenefinance.com | May 08 2023 23:43:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14571136 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2023 23:44:00 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 13928824 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2023 23:44:09 | Wells Fargo Bank, N.A., MAC N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 14571275 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2023 23:44:09 | Wells Fargo Bank, NA, 3476 Stateview Road, Fort Mill, South Carolina 29715-7200 |
| 13964904 | + Email/Text: flyersprod.inbound@axisai.com | May 08 2023 23:43:00 | Wilmington Savings Fund Society, FSB, et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2023         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 08, 2023 | Form ID: 206 | Total Noticed: 26 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

ERIK B. JENSEN
    on behalf of Debtor Thelma Jean Francis erik@jensenbagnatolaw.com
    jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  NA jblank@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com

THOMAS SONG
    on behalf of Creditor Wells Fargo Bank  NA tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Thelma Jean Francis                                          Case No: 17−12423−mdc

    Debtor(s)

_____

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 5/8/23

For The Court

Timothy B. McGrath
Clerk of Court

84
Form 206