**Fill in this information to identify the case:**

Debtor 1 <u>Thelma J Thomas</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   <u>Eastern District Of Pennsylvania</u>

Case number <u>17-12423</u>

Official Form 410S1

# Notice of Mortgage Payment Change         12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Legacy Mortgage Asset Trust 2021-GS3         **Court claim no**. (if known): <u>8</u>

**Last four digits** of any number you use to identify the debtor's account:   1975

**Date of payment change:** <u>01/01/2022</u>
Must be at least 21 days after date of this notice

**New total payment:**   <u>$ 763.36</u>
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $<u>529.80</u>         New escrow payment: $<u>422.27</u>

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

Official Form 410S1         **Notice of Mortgage Payment Change**         page 1

Debtor 1 <u>Thelma J Thomas</u>               Case Number (*If known*):17-12423
         First Name   Middle Name   Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

**Current mortgage payment:** $ _____  **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz                                    Date September 29, 2021
  Signature

Print:   <u>Rebecca A. Solarz</u>                    Title <u>Attorney for Creditor</u>
         First Name   Middle Name   Last Name

Company  <u>KML Law Group, P.C.</u>

Address  <u>701</u>   <u>Market Street, Suite 5000</u>
         Number      Street
         <u>Philadelphia,</u>              <u>PA</u>   <u>19106</u>
         City                          State  ZIP Code

Contact phone  <u>(215) 627–1322</u>       Email <u>rsolarz@kmllawgroup.com</u>

Official Form 410S1        **Notice of Mortgage Payment Change**        page 2