# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Thelma Thomas aka Thelma Jean Francis**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Legacy Mortgage Asset Trust 2021-GS3**<br>　　　　　　　　　　**Movant**<br>vs.<br><br>**Thelma Thomas aka Thelma Jean Francis**<br>　　　　　　　　　　**Debtor(s)**<br><br>**William C. Miller Esq.**,<br>　　　　　　　　　　**Trustee** | **BK NO. 17-12423 ELF**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 29, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Thelma Thomas aka Thelma Jean Francis
712 Main Street
Darby, PA 19023

Attorney for Debtor(s)
Erik B. Jensen, Esq.
Jensen Bagnato, PC, 1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

Trustee
William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: September 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com